UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSS LINK, INC. DBA WESTAR MARINE SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>SALT RIVER CONSTRUCTION CORPORATION,<br><br>Defendant. | Case No. 16-cv-05412-JSW (SK)<br><br>**ORDER RE FURTHER STATUS REPORT**<br><br>Regarding Docket No. 43 |

The Court is in receipt of the parties' joint status report of this date. The Court ORDERS that the parties further update the Court with a joint status report as to the status of the settlement by April 15, 2019.

**IT IS SO ORDERED**.

Dated: December 12, 2018

_____
SALLIE KIM
United States Magistrate Judge